UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WORLD FUEL SERVICES SINGAPORE PTE.
LTD. trading as TRANS-TEC

                          Plaintiff,

           - against -

HIJAZI & GHOSHEH CO.,

                          Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/09

09 Civ. 6299 (RMB)

**ORDER**

       It is hereby ordered that Plaintiff's application for Process of Maritime Attachment and Garnishment is denied without prejudice. Should Plaintiff wish to renew its application for Process of Maritime Attachment, Plaintiff shall file an Amended Verified Complaint identifying, by name, the garnishees it intends to serve with the Process of Maritime Attachment. Plaintiff's Amended Verified Complaint should also describe with specificity the nature of the action (e.g., arbitration), be it ongoing or contemplated, pursuant to which it seeks to be secured through the attachment of Defendant's funds. At that time, the Court will reconsider whether the requirements of Rule B have been met.

       It is further ordered that Plaintiff shall submit any Amended Verified Complaint no later than Tuesday, September 8, 2009. Absent the submission of a properly supported Amended Verified Complaint, or an affidavit showing good cause why the case should not be dismissed, the action will be dismissed without prejudice at that time.

**SO ORDERED.**

Dated: New York, New York
       August 24, 2009

                                                        */s/ Richard M. Berman*
                                                        **RICHARD M. BERMAN, U.S.D.J.**