UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WORLD FUEL SERVICES
SINGAPORE PTE LTD.,

                Plaintiff,

    - against -

HIJAZI & GHOSHEH CO.,

                Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/09

09 Civ. 6299 (RMB)

**ADMINISTRATIVE ORDER**

Pursuant to this Court's Order, dated August 24, 2009, it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, dismissed without prejudice. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: New York, New York
       September 9, 2009

                                            Richard M. Berman, U.S.D.J.